7jgmtwoh (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:* Phillip M Parker and Merrika G Parker
*Debtor*

*Bankruptcy Case No.*
15−30205−can7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
16−03001−can

v.

**Phillip Matthew Parker**
**Merrika G Parker**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharge of Phillip M. Parker and Merrika G. Parker hereby is DENIED; and it is further
ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs.



PAIGE WYMORE−WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/10/16

Court to serve